William D. Hyslop
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 06 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL PARKS CONANT, JR.,<br><br>Defendant. | **2:19-CR-128-TOR**<br>INDICTMENT<br><br>18 U.S.C. §§ 113(a)(3), 1153<br>Assault with a Dangerous Weapon in Indian Country (Count 1)<br><br>18 U.S.C. §§ 113(a)(7), 1153<br>Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country (Count 2) |

The Grand Jury charges:

COUNT 1

On or about June 25, 2019, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, DANIEL PARKS CONANT, JR., an Indian, did intentionally assault A.C. with a dangerous weapon to wit: throwing a butane torch at A.C.'s head, with intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1153.
//

INDICTMENT – 1

COUNT 2

On or about June 25, 2019, in the Eastern District of Washington, within the external boundaries of the Colville Reservation, in Indian country, the Defendant, DANIEL PARKS CONANT, JR., an Indian, did knowingly assault his intimate and dating partner, A.C., resulting in substantial bodily injury, all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

DATED this 6 day of August, 2019.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Richard R. Barker
Assistant U.S. Attorney

INDICTMENT – 2