UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PARKS CONANT, JR.,<br><br>Defendant. | No. 2:19-CR-00128-TOR-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION<br><br>**MOTION DENIED**<br>**(ECF No. 40)** |

Before the Court is Defendant's Motion to Reconsider Detention, **ECF No. 40.**

The Court has reviewed the motion, as well as the Pretrial Services Report at **ECF No. 7**, the initial order granting the government's motion for detention at **ECF No. 17**, and the order following the January 14, 2020 hearing, denying Defendant's motion to reconsider detention at **ECF No. 30**.

For the reasons previously set forth, **IT IS ORDERED** Defendant's motion is **DENIED, ECF No. 40.**

**IT IS SO ORDERED.**

DATED April 3, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1