PROB 12C
(6/16)

Report Date: August 17, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Parks Conant, Jr.    Case Number: 0980 2:19CR00128-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 2, 2021

Original Offense:    Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner, 18 U.S.C. §§ 113(a)(7) & 1153

Original Sentence:    Prison - 21 months    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Richard Barker    Date Supervision Commenced: February 8, 2021

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: February 7, 2024

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on August 15, 2021, Mr. Conant violated the terms of his supervised release by committing the offense of second degree assault, domestic violence-strangulation.<br><br>On February 9, 2021, Mr. Conant reviewed the judgment for case number 2:19CR000128-TOR-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.<br><br>On August 15, 2021, per the Coulee Dam Police Department (CDPD) report C1-0296, a female who identified herself as Mr. Conant's ex-girlfriend, contacted CDPD as she was inquiring about obtaining a restraining order against Mr. Conant. The female then informed a CDPD officer that after breaking up on August 15, 2021, Mr. Conant grabbed her by the throat and choked her at his residence. The female stated Mr. Conant's mother intervened and hit him with clothing hangers, which allowed her to exit the residence in which she hid behind a house so Mr. Conant could not locate her. On August 15, 2021, the female later met with a CDPD officer, in which she explained that Mr. Conant had been violent with her |

Prob12C
**Re: Conant, Daniel Parks**
**August 17, 2021**
Page 2

since he was released onto supervised release. The officer observed visible marks on both sides of her neck, to include a bruise on her right arm the size of a quarter. The female further explained that while she was being choked by Mr. Conant, she could not take in air and stated it felt like her "eyes were going to pop outside of my head." On August 15, 2021, Mr. Conant was eventually contacted by law enforcement officers and taken into custody on the probable cause that existed for second degree assault, domestic violence-strangulation.

2   **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Conant violated the terms of his supervised release by consuming alcoholic beverages on or about August 15, 2021.

On February 9, 2021, Mr. Conant reviewed the judgment for case number 2:19CR000128-TOR-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

On August 15, 2021, per CDPD report C1-0296, Mr. Conant was located by a CDPD officer in front of the Coulee House Motel lying on a bench, in which he appeared to be sleeping. The CDPD officer noted Mr. Conant's eyes appeared to be bloodshot, he slurred his words, and he could smell alcohol emitting from his person. The CDPD officer noted that based on his training and experience, Mr. Conant was intoxicated.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/17/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

August 17, 2021
Date