PROB 12C
(6/16)

Report Date: August 26, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Parks Conant, Jr. | Case Number: 0980 2:19CR00128-TOR-1 |
| Address of Offender: ███████████ Coulee Dam, Washington 99164 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 2, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner, 18 U.S.C. §§ 113(a)(7) & 1153 | | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | February 8, 2021 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: | February 7, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On February 9, 2021, Mr. Conant reviewed and signed the judgment for case number 2:19CR000128-TOR-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on or about July 10, 2022, Mr. Conant violated the terms of his supervised release by committing the offense of Fourth Degree Assault, in violation of R.C.W. 9A.36.041, a gross misdemeanor.<br><br>Specifically, per Lincoln County Sheriff incident report 22L003624, a female contacted dispatch on July 11, 2022, to report that Mr. Conant assaulted her on or about July 10, 2022. A Lincoln County deputy subsequently contacted the female at her residence, in which she stated that Mr. Conant stayed at her residence for several nights and that they consumed alcohol. The female further informed the deputy that Mr. Conant grabbed her pistol from her dresser multiple times and put the firearm to his head while crying and stated he was going to kill himself. The female attempted to grab the gun from Mr. Conant and he then grabbed and pushed the female, which caused purple bruising on both of her arms. The female informed the deputy that she would like to press charges for Mr. Conant assaulting her. A |

Prob12C
Re: Conant, Jr., Daniel Parks
August 26, 2022
Page 2

        records check indicated that case number CC22-0037 was filed on July 25, 2022, and that an arraignment was set for August 25, 2022. Collateral contact the Lincoln County Prosecutor's office indicated that Mr. Conant failed to appear for his arraignment on August 25, 2022, and that a bench warrant for his arrest was issued.

2      **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

      **Supporting Evidence**: It is alleged that Mr. Conant violated the terms of his supervised release by consuming alcohol on or about July 10, 2022.

      Specifically, per Lincoln County Sheriff incident report 22L003624, a female contacted dispatch on July 11, 2022, and stated that she and Mr. Conant consumed alcohol together beginning on July 7, 2022. The female further informed a Lincoln County deputy that on July 10, 2022, Mr. Conant was so intoxicated that he urinated on a bean bag chair in her daughter's room.

3      **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

      **Supporting Evidence**: It is alleged that Mr. Conant violated the terms of his supervised release by possessing a firearm on or about July 10, 2022, specifically a smith and wesson pistol.

      Specifically, per Lincoln County Sheriff incident report 22L003624, a female contacted dispatch on July 11, 2022, to report that Mr. Conant assaulted her on or about July 10, 2022. A Lincoln County deputy subsequently contacted the female at her residence, in which she stated that Mr. Conant stayed at her residence for several nights and that they consumed alcohol. The female further informed the deputy that Mr. Conant grabbed her pistol from her dresser multiple times and put the firearm to his head while crying and stated he was going to kill himself.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on:    August 26, 2022

                                    s/Jonathan C. Bot

                                    Jonathan C. Bot
                                    U.S. Probation Officer

Prob12C
Re: Conant, Jr., Daniel Parks
August 26, 2022
Page 3

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Thomas O. Rice
United States District Judge

_August 30, 2022_____
Date