# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 20, 2023**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Conant, Jr., Daniel Parks | Docket No. | 0980 2:19CR00128-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Parks Conant, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 20th day of October 2022, under the following conditions:

**Condition # 1: GPS Monitoring:** The defendant shall participate in a program of GPS confinement. The defendant shall wear, at all time, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home detention:** Defendant shall be restricted to his residence at all times except for: attorney visits, court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substances abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** Mr. Conant is alleged to have violated the conditions of his pretrial release supervision by deviating from a pre-approved plan away from his residence on January 16, 2023, and failing to immediately return to his residence after being directed to do so.

Specifically, on January 16, 2023, the undersigned observed and confirmed from Mr. Conant's global position systems (GPS) equipment that he deviated from his pre-approved plan away from his residence. On January 16, 2023, at approximately 4:42 p.m., the undersigned was able to speak with Mr. Conant via cellular telephone. At which time, he was instructed to report back to his residence immediately. Mr. Conant acknowledged an understanding of this instruction; however, he failed to follow this directive. He made stops at multiple establishments and did not make his final return back to his residence until approximately 11:15 p.m., after he departed the Spokane Tribe Casino. On January 17, 2023, Mr. Conant admitted to the undersigned that he disregarded the undersigned's aforementioned instruction and was apologetic for this action.

PRAYING THAT THE COURT WILL ORDER NO ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 20, 2023

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

PS-8

Re: Conant, Jr., Daniel Parks
January 20, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/20/23
Date