PROB 12C
(6/16)

Report Date: August 9, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Parks Conant, Jr.    Case Number: 0980 2:19CR00128-TOR-1

Address of Offender: ███████████████████, Washington 99164

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 2, 2021

Original Offense:    Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner, 18 U.S.C. §§ 113(a)(7) & 1153

Original Sentence:    Prison - 21 months    Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation Sentence:    Prison - 3 months
03/02/2023              TSR -24 months

Asst. U.S. Attorney:    Richard R. Barker    Date Supervision Commenced: April 26, 2023

Defense Attorney:    Andrea K. George    Date Supervision Expires: April 25, 2025

### PETITIONING THE COURT

To issue a **warrant**.

On April 28, 2023, Mr. Conant reviewed and signed the judgment for case number 2:19CR000128-TOR-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on or about August 2, 2023, Mr. Conant violated the terms of his supervised release by committing the offenses of assault in the second degree, unlawful imprisonment, harassment, and interfering with reporting of domestic violence.<br><br>On August 2, 2023, at approximately 7:22 a.m., per Liberty Lake Police Department (LLPD) report 2023-88004170, a LLPD officer responded to a domestic violence call for service where he was able to meet with the alleged victim, identified as Mr. Conant's girlfriend, at a grocery store in Liberty Lake, Washington. Upon making contact with Mr. Conant's |

girlfriend, the LLPD officer immediately observed visible red marks on both sides of her neck and on the left side of her forehead. The girlfriend informed the LLPD officer that Mr. Conant stayed the night at her residence on August 1, 2023. She noted Mr. Conant was consuming alcohol and became highly intoxicated. Her injuries were a result of being assaulted by him on multiple occasions.

The girlfriend elaborated to the LLPD officer that beginning at approximately 10:30 p.m., on August 1, 2023, until approximately 4 a.m., on August 2, 2023, she was continuously assaulted by Mr. Conant and he prevented her from departing her residence and/or contacting law enforcement as he hid her cellular telephone. Upon commencing his alcohol consumption, the girlfriend stated Mr. Conant began to become confrontational and blamed her for his past problems. The girlfriend stated she attempted to leave the residence but was tackled to the floor, at which time she started to scream in the hopes someone would call law enforcement. Mr. Conant subsequently grabbed her by the neck and began choking her on multiple occasions. The girlfriend stated that when she was being choked by Mr. Conant she could not breath and told him she had a pain in her chest and he then made comments of "I don't give a fuck" and "hopefully you die." Mr. Conant also informed her if she attempted to leave the apartment or call anyone he would use a firearm and put a "bullet" in her and himself.

Mr. Conant then took her cellular telephone to prevent her from contacting anyone. Later in the evening she saw her telephone on the bed and when she was presented with an opportunity, she grabbed the telephone and concealed it in her pants, though Mr. Conant eventually discovered the telephone on her person and hit her. The girlfriend did not attempt to take the telephone again until she believed Mr. Conant fell asleep around 4:30 a.m. The girlfriend then contacted her ex-husband and explained what happened and requested his help as she was scared he would hurt her again if she tried to leave. The ex-husband arrived at the residence, at which time Mr. Conant woke up and eventually ran out of the residence in an unknown direction.

LLPD officers attempted to locate and contact Mr. Conant without success. The girlfriend's injuries were documented and submitted into evidence. At the conclusion of their investigation, it was determined that Mr. Conant committed the following crimes: assault in the second degree, unlawful imprisonment, harassment, and interfering with reporting of domestic violence. Due to Mr. Conant not being located, a charging document with the aforementioned charges was submitted to the Spokane County prosecutor's office for review.

2   **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Conant violated the terms of his supervised release by consuming alcohol on or about August 1, 2023.

On August 2, 2023, at approximately 7:22 a.m., per Liberty Lake Police Department (LLPD) report 2023-88004170, a LLPD officer responded to a domestic violence call for service where he was able to meet with the alleged victim, identified as Mr. Conant's girlfriend, at a grocery store in Liberty Lake, Washington. The girlfriend informed an LLPD officer that Mr.

Prob12C
Re: Conant, Jr., Daniel Parks
August 9, 2023
Page 3

Conant began consuming alcohol, specifically Mad Dog 20/20, at approximately 10 p.m., on August 1, 2023, and he eventually drank the whole bottle of liquor and became highly intoxicated.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 9, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
United States District Judge

August 9, 2023

Date